1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Telephone: (408) 291-7753

5  Counsel for Defendant FOLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 09-00670 JW |
|---|---|---|
| Plaintiff, | ) | **STIPULATION TO CONTINUE HEARING AS TO DAVID FOLEY AND EXCLUDE TIME; [PROPOSED] ORDER** |
| v. | ) | |
| DAVID FOLEY, et al., | ) | |
| Defendants. | ) | |

Defendant David Foley and the government, through their respective counsel, hereby stipulate that, subject to the Court's approval, the hearing in the above-captioned matter, presently scheduled for Monday, May 3, 2010 at 1:30 p.m., be continued to Monday, June 7, 2010, at 1:30 p.m. The continuance is requested because the defense has conducted an evidence view of materials in paper format, but requires additional time to review computer media at the FBI's Menlo Park facility, and is arranging to conduct that review in May. Additionally, the defense is preparing an index of the discovery, and intends to make further discovery requests after completing its index.

The parties further agree that time should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), because the defense requires time for effective preparation and

investigation, and the ends of justice outweigh the defendant's and the public's need for a speedy trial.

Dated: 4/27/10

_____/s/_____
LARA S. VINNARD
Assistant Federal Public Defender

Dated: 4/27/10

_____/s/_____
RICHARD CHENG
Assistant United States Attorney

## [PROPOSED] ORDER

Defendant David Foley and the government have jointly requested a continuance of the hearing set for Monday, May 3, 2010, to allow time for defense investigation and preparation.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for Monday, May 3, 2010, be continued to Monday, June 7, 2010, at 1:30 p.m.

Pursuant to the parties' stipulation, and based on the defense's need for additional time for investigation and preparation, the Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS FURTHER ORDERED that the period of time from May 3, 2010, to June 7, 2010, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A).

Dated:    April 30, 2010

_____
JAMES WARE
United States District Judge

STIPULATION TO CONTINUE
HEARING DATE; [PROPOSED] ORDER
No. CR-09-00670 JW                    2