BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant FOLEY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | No. CR-09-00670 JW |
|                                     ) | |
| Plaintiff,   ) | STIPULATION AND [PROPOSED] |
|                                     ) | ORDER CONTINUING HEARING DATE |
| vs.                                 ) | AND EXCLUDING TIME UNDER THE |
|                                     ) | SPEEDY TRIAL ACT |
| DAVID RUSSELL FOLEY,                ) | |
|                                     ) | |
| Defendant.   ) | |
| _____) | |

### STIPULATION

Defendant David Russell Foley, by and through Assistant Federal Public Defender Lara Vinnard, and the United States, by and through Assistant United States Attorney Richard Cheng, hereby stipulate that, with the Court's approval, the status hearing currently set for Monday, June 7, 2010, shall be continued to Monday, June 14, 2010, at 1:30 p.m.

The reason for the requested continuance is that Samuel Shepherd, an attorney at Greenberg Traurig, LLP, has advised Assistant Federal Public Defender Nicholas Humy that he intends to substitute in as counsel for Mr. Foley.  Mr. Shepherd intends to put the matter on calendar before the Magistrate Judge for identification of counsel, and has requested that the

Stipulation and [Proposed] Order                    1

status conference be continued for one week, to enable him to make a general appearance before the Magistrate prior to the status conference.

The parties agree that the time between June 7, 2010, and June 14, 2010, is excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for effective preparation by defense counsel.

IT IS SO STIPULATED.

Dated:  May 28, 2010

_____/s/_____
NICHOLAS P. HUMY
Assistant Federal Public Defender

Dated:  May 28, 2010

_____/s/_____
RICHARD CHENG
Assistant United States Attorney

[PROPOSED] **ORDER**

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the status hearing shall be continued from Monday, June 7, 2010, to Monday, June 14, 2010, at 1:30 p.m.

THE COURT FINDS that failing to exclude the time between June 7, 2010, and June 14, 2010, would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS that the ends of justice served by excluding the time between June 7, 2010, and June 14, 2010, from computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

THEREFORE, IT IS HEREBY ORDERED that the time between June 7, 2010, and June

1  14, 2010, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. §

2  3161(h)(7)(A) and (B)(iv).

3      IT IS SO ORDERED.

4  Dated:   June 1, 2010

5  _____

6  THE HONORABLE JAMES WARE
   United States District Court