GREENBERG TRAURIG, LLP
Scott G. Lawson
153 Townsend Street, 8th Fl.
San Francisco, CA 94107
Telephone: (415) 655-1300
Facsimile: (415) 655-2010
lawsons@gtlaw.com
Attorneys for Defendant FOLEY

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*
*9/9/2010*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID RUSSELL FOLEY and MICHAEL DADDONA,<br><br>    Defendants. | CASE NO. CR-09-00670 JW<br><br>~~PROPOSED~~ ORDER CONTINUING HEARING DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Honorable James Ware |

The Court grants the parties' stipulation to continue the status conference from September 13, 2010 to **September 20, 2010 at 1:30 PM.** Time is excluded from the Speedy Trial Act for continuity of counsel.

**PURSUANT TO STIPULATION, IT IS HEREBY SO ORDERED.**

DATED: September 9, 2010

_____
The Honorable James Ware
United States District Judge