**Sam Shepherd Law**

WRITER'S DIRECT DIAL NO.
1.415.545.8287

WRITER'S INTERNET ADDRESS
**sam@samshepherdlaw.com**

November 5, 2010

The Honorable James Ware
Robert F. Peckham Federal Courthouse
280 South 1st Street
San Jose, CA 95113

Re: *United States v. David Russell Foley et al., Case No. CR-09-00670 (JW)*

Dear Judge Ware:

In furtherance of this Court's instruction at the status conference on November 1, 2010, and in support of this Court's September 21, 2010, order, Defendant Foley submits the following information regarding the items that have been seized by the Government and not returned. Defendant Foley respectfully requests that this court further order the Government to provide a full accounting of defendant Foley's seized property and return the missing items immediately.

On January 30, 2008, the FBI seized Defendant Foley's personal property from his home at 311 Santa Rosa Dr., Los Gatos, CA 95032. True to the Government's procedure for tracking property, on the day of the seizure, SA Gregory S. Fine completed a Receipt for Property Received/Returned/Released Seized, which both SA Fine and Defendant Foley then signed (the "January 30th Property Receipt"). A true and correct copy of the January 30th Property Receipt is attached hereto as Exhibit 1. The January 30th Property Receipt describes the property seized from Defendant Foley's home as: 42 hard drives; 2 boxes of fob packaging; Miscellaneous CD's; Miscellaneous Notebooks; Invoices & Emails; Business Files; Numerous Fobs; Personal Income Statement Folder; Envelope Addressed to Michael Daddona with 1 CD; 2 external hard drives with cords; 1 blank check in the name of UltraCade Technologies; Server Tower; 2 internal hard drives and 1 internal hard drive. Most of the property identified in the January 30th Property Receipt has not been returned to Defendant Foley.

The FBI also maintained a written record of each time it returned property seized from Defendant Foley's home in the form of Receipts for Property Received/Returned/Released Seized signed by SA Fine and the party who received the returned property, Defendant Foley and in one instance Lara Vinnard, a Federal Public Defender assigned to the case at the time. According to those records, property seized from Defendant Foley's home was returned to Defendant Foley on February 11, 2008, and March 3, 2008, and returned to the Public Defender on June 17, 2008. The property returned on these dates is described in Receipts for Property Received/Returned/Released Seized of the same date, true and correct copies of which are attached hereto as Exhibits 2, 3, and 4.

Sam Shepherd Law

The FBI's records regarding Defendant Foley's property are imprecise to an unfortunate degree. Nonetheless, a simple comparison of the descriptions of the property seized and property returned makes abundantly clear that much of Defendant Foley's property has not been returned. For example, the January 30th Property Receipt identifies 46 hard drives that were seized and the record clearly establishes that only 6 have been returned thus far. As another example, none of the non-computer property has been returned – not the CDs, not the notebooks, not the business files, nothing. This issue is critical because the property in question almost certainly contains exculpatory evidence that Defendant Foley must have access to immediately or he will be denied the full and fair chance to defend himself against the Government's allegations.

In addition to the FBI's seizure in January 2008, the Government seized Defendant Foley's property a second time via a December 7, 2009, subpoena to Micro Forensics, a true and correct copy of which is attached hereto as Exhibit 5. Micro Forensics was holding Defendant Foley's property in connection with the civil suit titled, Global VR v. David Foley et al., Case No. 1-06-CV-072834. Pursuant to the settlement agreement in that suit, certain property was to be returned to Defendant Foley. However, the Government took possession of the Micro Forensic materials before any of it was returned. Just like the property seized from Defendant Foley's home, the property seized through the Micro Forensics subpoena almost certainly includes exculpatory evidence and has not been returned.

Given the Government's representations to this Court that all of the property seized from Defendant Foley's home has been returned – which representation is contradicted by the clear written record established by Exhibits 1-4 attached hereto – and the Government's apparent confusion about and failure to return the materials subpoenaed from Micro Forensics, Defendant Foley respectfully requests that this court *again* order the Government to provide a full accounting of defendant Foley's seized property and return the missing items immediately. Trial in this case has been set for February 16, 2011, and Defendant Foley must have adequate time with the exculpatory evidence to prepare his defense.

Sincerely,

Samuel B. Shepherd

188 Minna Street, Suite 29B, San Francisco, CA 94105
Tel: 1.415.545.8287
Fax: 1.415.520.5865
www.samshepherdlaw.com

## EXHIBIT 1

597 (Rev 8-11-94)                                                                 Page 1 of 1

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**
Receipt for Property Received/Returned/Released/Seized

File # 196D-SF-141772

On (date) 1/30/2008

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) David Foley
(Street Address) 311 Santa Rosa Dr., Los Gatos, CA 95032
(City)

Description of Item(s):
- (42) 48 hardrives
- 2 boxes of FOB packaging
- Misc. CDs
- Misc. notebooks
- Invoices + emails
- Business files
- Numerous FOBs
- Personal income statement folder
- Envelope addressed to Michael Daddona w/ 1 CD
- 2 external hard drives w/cords
- FOB burner
- 1 blank cheque in name of Vitracode Technologies
- Server tower
- ~~Computer tower~~ GSF 2 internal hard drives and 1 external hard drive

Received By: _____(Signature)_____   Received From: _____(Signature)_____

## EXHIBIT 2

FD-597 (Rev 8-11-94)

Page 1 of 1

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 196D-SF-141772

On (date) February 11, 2008

item(s) listed below were:
☐ Received From
☒ Returned To
☐ Released To
☐ Seized

(Name) David Foley
(Street Address) 311 Santa Rosa Drive
(City) Los Gatos, California

Description of Item(s):

1 - Seagate Hard Drive S/N 5LS4Q14T
1 - Seagate Hard Drive S/N 3PMOEJXC
1 - Seagate External Hard Drive S/N 3PMOB26T
1 - Seagate External Hard Drive S/N 3QD0E4DQ
2 - Power Cords and Supplies

Received By: _____ (Signature)
Received From: _____ (Signature)

# EXHIBIT 3

FD-597 (Rev 8-11 94)

Page 1 of 1

**UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized**

File # 196D-SF-141772

On (date) March 3, 2008

item(s) listed below were:
- [ ] Received From
- [x] Returned To
- [ ] Released To
- [ ] Seized

(Name) David Foley
(Street Address) 311 Santa Rosa Drive
(City) Los Gatos, California

Description of Item(s):

One (1) White Server Tower, S/N: FTHK0480318
One (1) Seagate Hard Drive S/N 3QD03Y6T

Received By: _(Signature)_   Received From: _(Signature)_

# EXHIBIT 4

FD-597 (Rev 8-11-94)            Page 1 of 1

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**
Receipt for Property Received/Returned/Released/Seized

File # 196D-SF-141772

On (date) June 17, 2008

item(s) listed below were:
☐ Received From
☒ Returned To
☐ Released To
☐ Seized

(Name) David Foley via Lara Vinnard
(Street Address) _____
(City) _____

Description of Item(s): 1 - External Seagate Hard Drive

Nothing below

Received By: [signature] (Signature)  Received From: [signature] (Signature)

June 24, 2008 Received By: [signature]  Received From: Lara [signature]

# EXHIBIT 5

AO89 (Rev. 7/95) Subpoena in a Criminal Case

# United States District Court

| NORTHERN | DISTRICT OF | CALIFORNIA |

UNITED STATES OF AMERICA

v.

DAVID RUSSELL FOLEY

SUBPOENA IN A
CRIMINAL CASE

Case Number: CR 09-00670

TO: Jamie Florence
Micro Forensics

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| United States District Court | Hon. James Ware, Courtroom #8 |
| 280 South First Street | DATE AND TIME |
| San Jose, California | December 23, 2009 at 9:30 a.m. |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

**RICHARD W. WIEKING**

DATE  12/7/2009

(By) Deputy Clerk

*Richard W. Wieking*

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:

RICHARD CHENG, Assistant U.S. Attorney
Phone: (408) 535-5061
Special Agent Gregory Fine, Federal Bureau of Investigation (408) 369-1092

## ATTACHMENT

TO:
Jamie Florence
Micro Forensics


Please provide the following:

Any and all physical evidence and or materials being held by Micro Forensics c/o Jamie Florence, located at 178 Del Oro Lagoon, Novato, CA 94949, in connection with the civil case entitled, Global VR v. David Foley, et.al.. Case number 1-06-CV-072834, including but not limited to:

Box 1 – All file folders containing game pack labels. Additionally, the file folders labeled "Payment Deposit Receipts," "Automated Order History," "Automated Open Checks," and "Automated Open Orders."

Box 2 – Box of game packs.

Box 3 – Key fobs with Micro Forensics labeling of KeyFOB113, KeyFOB114, and KeyFOB115, which contain the games Donkey Kong, UC Neo Geo, and UC Taito respectively, along with identified blank key fobs; and

Box 4 – A key fob burner and various UltraCade/Arcade Legends CDs and a key fob, including PC cards.


**Please send all records and direct any questions to:**
Special Agent Gregory Fine
Federal Bureau of Investigation
1919 South Bascom Avenue, Suite 400
Campbell, CA 95008
(408) 369-1092