Sam Shepherd Law

WRITER'S DIRECT DIAL NO.
1.415.545.8287

WRITER'S INTERNET ADDRESS
**sam@samshepherdlaw.com**

November 19, 2010

The Honorable James Ware
Robert F. Peckham Federal Courthouse
280 South 1st Street
San Jose, CA 95113

Re:     *United States v. David Russell Foley et al., Case No. CR-09-00670 (JW)*

Dear Judge Ware:

I write in response to the Clerk's Notice Vacating Hearing filed today, which vacates the November 22, 2010, appearance your Honor scheduled for the parties concerning the government's failure to return materials seized from Defendant Foley. Defendant Foley objects to this further delay and to having this issue presented to Judge Lloyd.

Defendant Foley objects to any additional delay regarding the government's failure to return exculpatory evidence seized from Defendant Foley and requests that the November 22, 2010, appearance be re-calendared and that AUSA Cheng be allowed to participate telephonically. This issue has been before your Honor several times over the past months and the government's gamesmanship must be stopped.

On September 21, 2001, your Honor ordered the Government to prepare and file a report regarding this evidence by October 4, 2010 ("the September 21st Order"). The government never did so. At the status conference on November 1, 2010, in an act of leniency, the Court did not enforce the September 21st Order and did not punish or reprimand the government for violating it. Instead, the Court asked Defendant Foley to file a letter detailing the missing evidence; Defendant Foley did so on November 5, 2010, and as a direct result an appearance was scheduled for November 22, 2010.

As this history shows, the government has had more than enough chances and time to honor its discovery obligations. It has no intention of do so, which is pointedly demonstrated by its failure to even provide the report ordered by the Court. This issue is more than ready to be resolved and the appearance scheduled for November 22, 2010, should be re-calendared. AUSA Cheng should not be permitted to use his travel schedule to secure a yet further delay. First, AUSA Cheng was ordered by Judge Lloyd to file notice to the Court and Defendant Foley if he was going to be unavailable and AUSA Cheng never did so. Second, Defendant Foley has no objection to the government appearing telephonically. Alternatively, Defendant Foley would suggest to the Court that no further appearances are needed and request that the Court order the government to immediately provide/return the materials at issue.

188 Minna Street, Suite 29B, San Francisco, CA 94105
Tel: 1.415.545.8287
Fax: 1.415.520.5865
www.samshepherdlaw.com

Sam Shepherd Law
___

AUSA Cheng's e-mail also told the Court this same issue was going to be addressed at Judge Lloyd's Motion Hearing on December 16, 2010.  While it is true that Judge Lloyd has set December 16, 2010, to hear Defendant Foley's renewed discovery motion if the parties are unable to resolve their discovery disputes before then, the narrow issue of the government not returning exculpatory evidence seized from Defendant Foley has never been presented to Judge Lloyd in contrast to the numerous times it has been presented to your Honor.  Indeed, the government is already in violation of your Honor's order and should not be allowed to somehow get the Court to endorse its conduct and give it another bite at the apple in front of Judge Lloyd.

There is little dispute here.  Tellingly, AUSA Cheng's e-mail cannot and does not represent that the government has satisfied its discovery obligations with respect to the exculpatory evidence seized from Defendant Foley, and it cannot and does not represent that the government has or will comply with the September 21st Order.  Further delay serves no purpose other than to further prejudice Defendant Foley.  Accordingly, Defendant Foley respectfully requests that the Court re-calendar the November 22, 2010, appearance.  Alternatively, Defendant Foley respectfully requests that the Court enforce its September 21st Order and further order whatever release is necessary to immediately pry this essential, exculpatory evidence from the government.

Sincerely,

*[signature: Samuel Shepherd]*

Samuel B. Shepherd

188 Minna Street, Suite 29B, San Francisco, CA  94105
Tel: 1.415.545.8287
Fax: 1.415.520.5865
www.samshepherdlaw.com