**FILED**

JAN 1 2 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DAVID RUSSELL FOLEY, ) <br> ) <br> Defendants. ) | No. CR 09-00670 JW <br><br> [~~PROPOSED~~] ORDER RE: TRAVEL <br><br> Honorable Howard R. Lloyd |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that David R. Foley is permitted to travel as follows: On January 12, January 20, and February 4, 2011, for work to District 30 located at 1022 K Street, Sacramento, CA 95814, returning immediately after the performances; On January 30, 2011 Mr. Foley is permitted to travel to Seattle, WA for meetings with Cypress Semiconductor and Microsoft. Mr. Foley will return to his home in Los Gatos on February 1, 2011. Mr. Foley is required to provide Pretrial Services with a complete schedule of his travel plans for the above dates.

All other conditions of release to remain in full force and effect.

IT IS SO ORDERED.

Dated: 1/12/11

_____
HOWARD R. LLOYD
United States Magistrate Judge

TRAVEL REQUEST; DEC. OF COUNSEL;
[PROPOSED] ORDER
No. CR 09-00670 JW                5