FILED

FEB - 8 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID RUSSELL FOLEY,<br><br>Defendants. | No. CR 09-00670 JW<br><br>[PROPOSED] ORDER RE: TRAVEL<br><br>Honorable Howard R. Lloyd |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that David R. Foley is permitted to travel as follows: On February 10, 2011 to Los Angeles, CA for the purpose of a family vacation. Mr. Foley will return to his home in Los Gatos on February 13, 2011. Mr. Foley is required to provide Pretrial Services with a complete schedule of his travel plans for the above dates.

All other conditions of release to remain in full force and effect.

IT IS SO ORDERED.

Dated: 2/8/11

_____
HOWARD R. LLOYD
United States Magistrate Judge

TRAVEL REQUEST; DEC. OF COUNSEL;
[PROPOSED] ORDER
No. CR 09-00670 JW                    4