UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*
TOTAL TIME: 3 mins

CRIMINAL MINUTES

| | |
|---|---|
| Judge: James Ware | Courtroom Deputy: Elizabeth Garcia |
| Date: February 7, 2011 | Court Reporter: Lee-Anne Shortridge |
| Case No.: CR-09-00670 JW | U.S. Probation Officer: N/A |
| Related Case No.: N/A | U.S. Pretrial Services Officer: N/A |
| | Interpreter: N/A |

TITLE

USA v. David Russell Foley (NC)(1), Michael Dadonna (NC)(2)

Attorney(s) for Plaintiff(s): Hanley Chew
Attorney(s) for Defendant(s): Samuel Shepard for David Foley,
George Walker for Michael Dadonna

PROCEEDINGS

Status Hearing

ORDER AFTER HEARING

Hearing held. Defendant Foley present for proceedings.  Defendant Dadonna not present for proceedings.  Further requests for wavier of appearance shall be made in advance of the scheduled hearing.  The Court previously vacated the defendants' trial schedule and set today for a Trial Setting Hearing.  The Court continued the matter to April 11, 2011 at 1:30 PM for Trial Setting Hearing.

Time is excluded time from February 7, 2011 through April 11, 2011 due to continuity of Government counsel, continued discovery review and for the parties' continued efforts to resolve both matters short of trial.

**Elizabeth C. Garcia**
Courtroom Deputy
Original: Efiled
CC: