1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
      Samuel Shepherd (SBN 163564)
2  865 South Figueroa Street, 10th Floor
   Los Angeles, California 90017-2543
3  Telephone:  (213) 443-3000
   Facsimile:  (213) 443-3100
4
   Attorneys for Defendant,
5  DAVID RUSSELL FOLEY

6

7

8
                    UNITED STATES DISTRICT COURT
9
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11

| UNITED STATES OF AMERICA. | CASE NO. CR-09-00670 JW |
|---|---|
| Plaintiffs, | **NOTICE OF CHANGE OF ADDRESS OF COUNSEL** |
| vs. | |
| DAVID RUSSELL FOLEY AND MICHAEL DADDONA | |
| Defendants. | |

99999.09604/3958680.1

NOTICE OF CHANGE OF ADDRESS OF COUNSEL

**TO THE COURT AND ALL PARTIES OF RECORD**

**PLEASE TAKE NOTICE,** effective February 8, 2011, the attorney for Defendant, DAVID RUSSELL FOLEY, has changed his address for services of notice and documents in the above-captioned action.

The new address and phone numbers are as follows:

865 So. Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
(213) 443-3000
(213) 443-3100 - Fax

All notices and documents regarding the action should be sent to the above address.

DATED: February 9, 2011

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ Samuel Shepherd
Samuel Shepherd
Attorneys for Defendant, DAVID RUSSELL FOLEY