**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>DAVID FOLEY, and<br>MICHAEL DADDONA<br><br>　　　　Defendant(s).<br>_____/ | No. 5:09-cr-00670-EJD<br><br>ORDER REFERRING PARTIES TO MAGISTRATE JUDGE LLOYD FOR SETTLEMENT CONFERENCE |

The Court refers the parties to Magistrate Judge Howard R. Lloyd for settlement conference. The parties shall contact Judge Lloyd's Courtroom Deputy, Patricia Cromwell, at 408-533-5365 to schedule the conference before Judge Lloyd.

Dated: June 17, 2011

　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE