1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Criminal Chief

4  SUSAN KNIGHT (CABN 209013)
   HANLEY CHEW (CABN 189985)
5  Assistant United States Attorneys

6    150 Almaden Blvd., Suite 900
     San Jose, California 95113
7    Telephone: (408) 535-5061
     FAX: (408) 535-5066
8    E-Mail: Susan.Knight@usdoj.gov
              Hanley.Chew@usdoj.gov
9
   Attorneys for Plaintiff
10

11
                        UNITED STATES DISTRICT COURT
12
                       NORTHERN DISTRICT OF CALIFORNIA
13
                              SAN JOSE DIVISION
14
   UNITED STATES OF AMERICA,        )   No. CR 11-00554 EJD
15                                  )   CR 09-00670 EJD
         Plaintiff,                 )
16                                  )   STIPULATION AND [PROPOSED]
         v.                         )   ORDER CONTINUING CONTINUING
17                                  )   STATUS CONFERENCE FROM AUGUST
   DAVID FOLEY,                     )   27, 2012 TO OCTOBER 1, 2012
18                                  )
         Defendant.                 )
19                                  )
                                    )
20

21       The undersigned parties respectfully request that the stauts hearing currently set for

22  August 27, 2012 be continued to October 1, 2012 at 1:30 p.m. On or about June 11, 2012, the

23  parties participated in a settlement conference with United States Magistrate Judge Nathaniel

24  Cousins. In that Settlement Conference, defense counsel and defendant raised several issues that

25  the government needed to investigate further. The government has not as yet completed its

26  investigation into these outstanding issues. Resolution of these issues may impact defendant's

27  sentencing. Therefore, the parties respectfully request that the Court continue the currently

28  scheduled status conference from August 27, 2012 to October 1, 2012 to provide additional time

for the government to complete its investigation and discuss the outstanding issues with defense counsel.

SO STIPULATED:				MELINDA HAAG
						United States Attorney

DATED: 8/7/12				          /s/
						SUSAN KNIGHT
						HANLEY CHEW
						Assistant United States Attorneys

DATED: 8/7/12				          /s/
						BENJAMIN LABAN SINGER
						Counsel for Mr. Foley

**ORDER**

   Accordingly, for good cause shown, the Court HEREBY ORDERS that the status conference currently scheduled for August 27, 2012 be continued to October 1, 2012.
Time is excluded from August 27, 2012 through October 1, 2012 based on Government's continued investigation.
IT IS SO ORDERED.

DATED: August 8, 2012			_____
						HONORABLE EDWARD J. DAVILA
						United States District Judge

STIPULATION AND [PROPOSED] ORDER
NO. CR 11-00554 EJD                         2