MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA KANE (CSBN 150630)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
HANLEY CHEW (CABN 189985)
Assistant United States Attorneys

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5061
   FAX: (408) 535-5066
   E-Mail: Susan.Knight@usdoj.gov
           Hanley.Chew@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-00670 EJD |
|     Plaintiff, | CR 11-00554 EJD |
|     v. | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME |
| DAVID RUSSELL FOLEY, | |
|     Defendant. | SAN JOSE VENUE |

    The undersigned parties respectfully request that the sentencing hearing in the above-captioned case scheduled for June 10, 2013 be continued to July 29, 2013. The reason for the continuance is that Probation Officer Benjamin Flores needs additional time to review the defendant's recent submissions and complete the presentence report. In addition, AUSA Susan Knight will be in trial before the Honorable Judge Whyte starting on June 24, 2013 through approximately July 15, 2013, and Officer Flores will be unavailable the week of July 22, 2013.

//

//

STIPULATION AND [PROPOSED] ORDER

1

| | |
|---|---|
| SO STIPULATED: | MELINDA HAAG<br>United States Attorney |
| DATED: 5/13/13 | _____/s/_____<br>SUSAN KNIGHT<br>HANLEY CHEW<br>Assistant United States Attorneys |
| DATED: 5/13/13 | _____/s/_____<br>JEROME MULLINS<br>Counsel for Mr. Foley |

## ORDER

Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing hearing currently scheduled for June 10, 2013 is continued to July 29, 2013 at 1:30 p.m. SO ORDERED.

DATED: 5/14/2103                    _____
                                     EDWARD J. DAVILA
                                     United States District Judge

STIPULATION AND [PROPOSED] ORDER

2